# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

FILED MAY -2 2023 Chanda J. Berta, Acting Clerk U.S. DISTRICT COURT NORTHERN DISTRICT OF INDIANA

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION
## CHALLENGING A PRISON DISCIPLINARY PROCEEDING

[*This form is for a State prisoner to challenge <u>one prison disciplinary proceeding</u>. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or federal conviction, you need a different form.*]

| Name (under which you were convicted): Jerry A Smith | Case No. [For a new case in this court, leave blank. The court will assign a case number.] 3:23-cv-356 |
|---|---|
| Place of Confinement: Westville | Earliest Possible Release Date: 1-30-27 |

[*Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>everything</u> you send to the court for this case. <u>DO NOT</u> send more than one copy of anything to the court. <u>NEATLY</u> print in ink (or type) your answers.*]

1. Name of facility holding the hearing: Westville
   Date of hearing: 01/03/2021. Case number: WCC 21-11-0141
   Offense: Poss of Celluar
   Code #: 121.    Did you plead guilty? ○ Yes. ● No.

2. Lost earned credit time? ○ No. ● Yes, I lost 150 days earned credit time.
   Was the loss of earned credit time suspended? ● No. ○ Yes, it was suspended until: ___/___/_____.
   If suspended, has it been imposed? ● No. ○ Yes, it was imposed on: ___/___/_____.

3. Demoted in credit class? ○ No. ● Yes, I was demoted from Class 1 to Class 2.
   Was the demotion suspended? ● No. ○ Yes, it was suspended until: ___/___/_____.
   If suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: ___/___/_____.

4. Appealed to the Superintendent? ○ No. ● Yes, the result was: Denied

5. Appealed to Final Reviewing Authority? ○ No. ● Yes, the result was: Denied

6. Previously challenged this disciplinary hearing in <u>federal</u> court? ○ No. ● Yes, case number: 3:22-cv-403-DRL-MGG

7. Are you paying the $5.00 filing fee?

   ○ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

   ● No, I have attached a separate Prisoner Motion to Proceed In Forma Pauperis AND a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now AND I have received an average of less than $15.00 a month during the past six months.

[*<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.*]

32A

# GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.

CAUTION: If you do not present every ground in this petition, you may be barred from doing so later.]

**GROUND ONE**: [Briefly describe your claim.] Due Process violations and Procedure errors

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]
I Didnt even get to be present at my Hearing Do to the way passes was ran, they have offender passing out passes at set them on the table where anyone that Do not like you can get it. So Ethur one of those or they never sent a pass to me at all to hinder me cause they knew it Should've Been "Dismissed" "I have a Right to Be present at Hearing to speak "My truth"

Did you present Ground One to the Final Reviewing Authority? ○ Yes. ● No, because Because they violated not sending me Report of hearing for several months. or I would have.

**GROUND TWO**: [Briefly describe your claim.] Due process violations Procedural Error

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]
the Dates times, in the body of Conduct Report and Signature of Screening officer Did not match which was not corrected at screening or hearing that I Didn't get a chance to attend. the Date was 2024 By Malcom Name Screening officer and 24 hr had passed as well. Grounds for Dismissed. Also the Hearing took Several Months without postponement

Did you present Ground Two to the Final Reviewing Authority? ● Yes. ○ No, because _____

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

**GROUND THREE:** [Briefly describe your claim.] Violation of procedural errors / Due process violation

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.] No Evidence Card was written By IA Staff or Correctional officer. Do to me being Kidnapped from facility violating my 4th Amendments privacy and policies that was supposed to be attacked in a different structure. If I was thought to have anything, Camera footage still was able to get and I was denied. So How we know that He was there?

Did you present Ground Three to the Final Reviewing Authority? ○ Yes ● No, because Due to not Being given the Report of hearing for Several months as they always Do to Deter your appeals

**DOCUMENTS**

I have attached these documents from this disciplinary hearing: [Check all that apply.]
- ● Report of Conduct
- ● Screening Report
- ● Report of Disciplinary Hearing
- ○ Letter from the Final Reviewing Authority
- ● Other relevant documents: Policy and procedure numbers 02-04-101 "PREA" Disciplinary Proceedings pg 331-371 Lay advocate, Request Slip to show I knew nothing about the Hearing!

**RELIEF**

I ask for the following relief: I would like that it's expunged from my Record and Rescinded time and all earned credit time _____ or any other relief to which I may be entitled.

**DECLARATION AND SIGNATURE**

I placed this petition in the prison mail system on 4/14/2023 at 8:30 am/pm.
[Do not fill in this date and time until you give this petition to prison officials to send to the court.]

I declare under penalty of perjury that all of the statements in this petition are true and agree I will promptly notify the court of any change of address.

_Jerry G Smith_　　　　　　　　　　　　　　　　129911
Signature　　　　　　　　　　　　　　　　　　　　Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]