AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JERRY A SMITH
    Petitioner

v.   Civil Action No. 3:23cv356

WARDEN
*Westville Correctional Facility*
    Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: The Petition for Writ of Habeas Corpus is DENIED. Petitioner Jerry A Smith is DENIED leave to proceed in forma pauperis on appeal.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Magistrate Judge Michael G. Gotsch on respondent's motion to dismiss.

DATE:   10/30/2023       CHANDA J. BERTA, CLERK OF COURT
                                    by   s/R. Figueroa
                                    *Signature of Clerk or Deputy Clerk*